**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01202-CR

**JOHN WASHINGTON PAULEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-40833-K**

## ORDER

We **GRANT** the State's November 14, 2013 motion for leave to file supplemental brief.

The State's supplemental brief tendered contemporaneously with its motion is **ORDERED** filed

as of the date of this order.

/David Evans/
DAVID EVANS
PRESIDING JUSTICE